#### MELVIN M. BERNSTEIN v. FLORENCE BERNSTEIN

36 So. 2nd 190  
July 13, 1948  
Rehearing denied Sept. 28, 1948.

Fall Term, 1948  
Division A

Affirmed.

#### JOHNNIE WILLIAMS, a minor, WINN & LOVETT GROCERY CO., et al

36 So. 2nd 790  
July 16, 1948  
Rehearing denied Sept. 21, 1948

Fill Term, 1948  
Division A

Affirmed.

#### CENTRAL TRUCK LINES, INC., a corporation v. LOTTIE MARION

36 So. 2nd 790  
July 23, 1948  
Rehearing denied Sept. 22, 1948

Fall Term, 1948  
Division A

Affirmed.

#### GEORGE JAY SIMONS v. A. BENJAMIN WILKES

36 So. 2nd 790  
July 23, 1948  
Rehearing denied Sept. 21, 1948

Fall Term, 1948  
Division A

Affirmed.